# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Robinson, James J. | U.S. Bankruptcy Ct. N. D. AL | 07/06/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

U.S. Courthouse - Room 117
1129 Noble Street
Anniston, AL 36201

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2006 | Burr & Forman LLP retired partner annuity (former law firm) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robinson, James J. | 07/06/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2016 | Burr & Forman LLC - retired partner's annunity | $27,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Southern Company-retirement/pension |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Ala. State Bar - Commercial Law Section | 06/0/2/2016 - 06/05/2016 | Sand Destin, FL | Speaker at CLE seminar | seminar tuition, lodging, meals and mileage |
| 2. | U. Ala. School of Law | 11/17//2016 - 11/18/2016 | Birmingham, AL | Speaker at CLE seminar | seminar tuition, lodging, meals and mileage |
| 3. | Cumberland School of Law - Samford Un. | 10/14/2016 | Birmingham, AL | Speaker at CLE seminar | seminar tuition, meals and mileage |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robinson, James J. | 07/06/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase Bank USA, N.A. | Credit Card (VISA) | J |
| 2. | Merrill Lynch (Bank of America-FIA Card Services NA) | Credit Card (VISA) | J |
| 3. | Merrill Lynch (American Express) | Credit Card (American Express) | J |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robinson, James J. | 07/06/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 303 shares common stock Southern Co. | A | Dividend | J | T | Buy (add'l) | 2016 | J | | 14 shr add'l div reinvest |
| 2. WinSouth CU (deposit account) | A | Interest | J | T | | | | | |
| 3. Wells Fargo deposit accounts | A | Interest | K | T | | | | | |
| 4. Protective Life policies (2)-both whole life | A | Int./Div. | J | T | | | | | |
| 5. Mass Mutual Life- American Century Value mutual fund | | None | L | T | | | | | |
| 6. Mass Mutual Life - guaranteed principal account | A | Interest | J | T | | | | | |
| 7. 1754 shares American Capital World Growth Income Fund | B | Dividend | L | T | Buy (add'l) | 2016 | J | | 89 shr add'l div reinvest |
| 8. 2391 shares American Growth Fund Class A | A | Dividend | M | T | Buy (add'l) | 2016 | J | | 146 shr add'l div reinvest |
| 9. Merrill Lynch Ready Assets Money Fund | A | Dividend | | | Closed | 05/26/16 | J | | |
| 10. American Legacy III variable annuity- Growth Fund of America | | None | L | T | | | | | |
| 11. BIF Tax Exempt Money Fund | A | Dividend | K | T | Buy (add'l) | 07/08/16 | K | | |
| 12. 1054 Shares Common Stock Proassurance Corp. | B | Dividend | L | T | | | | | |
| 13. 7345 Shares American New Perspective Class A Mut. Fund | B | Dividend | N | T | Buy (add'l) | 2016 | J | | 272 shr add'l div reimvest |
| 14. 171 Shares Blackrock Small Cap Indext Fund Class A | A | Dividend | J | T | | | | | |
| 15. Bk of Am RSA money fund (JJR-IRA) | A | Dividend | M | T | Buy (add'l) | 04/16 | J | | See part VIII |
| 16. 4511 Shares American Capital World Income Class A Mut. Fund | C | Dividend | M | T | Buy (add'l) | 2016 | J | | 229 shr add'l div reinvest |
| 17. 4274 American Capital Income Builder Class A Mut. Fund | D | Dividend | M | T | Buy (add'l) | 2016 | J | | 147 shr add'l div reinvest |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robinson, James J. | 07/06/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. 10,631 American Growth Fund of America Class A Mut. Fund | C | Dividend | N | T | Buy (add'l) | 2016 | K | | 651shr add'l div reinvest |
| 19. 1777 Shares American Fundamental Investors Fund | B | Dividend | L | T | Buy (add'l) | 2016 | J | | 82 shr add'l div reinvest |
| 20. 2383 Shares American New Perspective Fund | A | Dividend | L | T | Buy (add'l) | 2016 | J | | 88 shr add'l div reinvest |
| 21. 863 Shares American Capital World Growth Income Fund Class A | A | Dividend | K | T | Buy (add'l) | 2016 | J | | 44 shr add'l div reinvest |
| 22. 1214 Shares American Growth Fund of America Class A | A | Dividend | K | T | Buy (add'l) | 2016 | J | | 74 shr add'l div reinvest |
| 23. 145 shares MetLife, Inc. | A | Dividend | J | T | | | | | |
| 24. 670 shares National Grid PLC SP ADR | B | Dividend | K | T | | | | | |
| 25. 2390 shares Pfizer common | C | Dividend | L | T | Buy (add'l) | 09/27/16 | K | | buy 600 add'l shrs |
| 26. 1075 shares Waste Management common | B | Dividend | L | T | | | | | |
| 27. 8755 shares American Income Fund of America | D | Dividend | M | T | Buy (add'l) | 2016 | J | | 274 shr add'l div reinvest |
| 28. 1250 shares Goldman Sachs Group Inc. preferred | B | Dividend | | | Sold | 05/10/16 | K | B | |
| 29. 725 shares Centurylink common | B | Dividend | K | T | | | | | |
| 30. 450 shares Chevron Corp common | B | Dividend | L | T | | | | | |
| 31. 1220 shares Coca Cola common | B | Dividend | L | T | | | | | |
| 32. 760 shares Genuine Parts common | B | Dividend | L | T | | | | | |
| 33. 615 shares Kimberly Clark common | B | Dividend | L | T | | | | | |
| 34. 505 shares McDonalds Corp common | B | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robinson, James J. | 07/06/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. 1555 shares Microsoft Corp common | B | Dividend | L | T | | | | | |
| 36. 683 shares Duke Energy common | B | Dividend | L | T | | | | | |
| 37. 1463 shares Mondelez Int'l common | B | Dividend | L | T | Buy (add'l) | 2016 | J | | 23 shr add'l div reinvest |
| 38. 175 shares Apple, Inc. common | A | Dividend | K | T | | | | | |
| 39. Retirement Reserves (money fund) | A | Dividend | | | Closed | 04/16 | J | | Closed in April 2016 |
| 40. 8525 shares Columbia Acorn Fund Class C | A | Dividend | | | Sold | 02/26/16 | M | B | |
| 41. 76 shares Halyard Health Inc. | A | Dividend | | | Sold | 02/26/16 | J | A | |
| 42. 2894 shares American Amcap Fund Class A | A | Dividend | L | T | Buy (add'l) | 2016 | J | | 109 shr add'l div reinvest |
| 43. 480 shares Proctor & Gamble | B | Dividend | K | T | | | | | |
| 44. 775 shares Whole Foods | A | Dividend | K | T | | | | | |
| 45. 155 shares Nextera Energy Inc./ | A | Dividend | K | T | Buy | 09/27/16 | K | | |
| 46. 1404 shares American Mutual Fund Class A | B | Dividend | K | T | Buy | 09/27/16 | K | | |
| 47. Bk of Am RSA money fund (SGR-IRA) | A | Dividend | J | T | Buy (add'l) | 05/27/16 | J | | See Part VIII |
| 48. American Legacy III variable annunity- American Mutual Fund | | None | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robinson, James J. | 07/06/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII - Lines 15 and 47: Bank of America RASP money fund.  There are two accounts, one for my IRA (i.e. line 15) and the other for my wife's IRA (i.e. line 47).  Line 15 of my 2015 Disclosure combined these two accounts.  They are now reported separately on the 2016 Disclosure.

Part VII: The notation "__ shr add'l div reinvest" appearing several times in Column (5) of Part D indicates that the particular mutual fund or stock paid a dividend that was reinvested to purchase the number of additional shares stated.  Dividends were declared from time to time during 2016, often more than once during the year for any particular investment, so I did not list the exact date for each dividend and reinvestment.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James J. Robinson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544